

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of C.A. and C.A., Children

No. 06-21-00056-CV

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2019-1970-CCL2). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellants have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 23, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk